IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWARD GARCIA, | § | |
|                 Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO._____ |
| | § | |
| KNIGHT TRANSPORTATION, INC. AND | § | |
| JUAN SANCHEZ, | § | |
|                 Defendants, | § | |

**DEFENDANTS KNIGHT TRANSPORTATION, INC. AND JUAN SANCHEZ'S FRCP 7.1 DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

Pursuant to FRCP 7.1, Defendants, KNIGHT TRANSPORTATION, INC. and JUAN SANCHEZ, by and through their counsel, the law firm of Wood Smith Henning & Berman LLP, hereby certify upon information and belief as follows:

1. Knight Transportation, Inc. is a non-governmental corporate entity, specifically a corporation organized and existing under the laws of the State of Arizona, with its principal place of business being Phoenix, Arizona.

2. The parent corporation of Knight Transportation, Inc. is Knight-Swift Holdings, Inc.

3. Knight-Swift Holdings, Inc. is a non-governmental corporate entity, specifically a corporation organized and existing under the laws of the State of Delaware, with its principal place of business being Phoenix, Arizona.

4. Knight-Swift Holdings, Inc. does not have a parent corporation.

5. No publicly held company or entity owns 10% or more of Knight-Swift Holdings, Inc.'s stock.

Further, the undersigned attorney of record for Defendants, KNIGHT TRANSPORTATION, INC. and JUAN SANCHEZ, certifies that to his knowledge, there are no known interested parties other than those participating in the case.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated: July 9, 2021.

                                                         Respectfully Submitted,

                                                         WOOD, SMITH, HENNING & BERMAN, LLP

*/s/Robert W. Hellner*
Robert W. Hellner
State Bar No. 24108154
901 Main Street, Suite 3670
Dallas, TX 75202
Phone No. 469-210-2050
Fax No. 469-210-2051
rhellner@wshblaw.com
**ATTORNEY FOR DEFENDANTS
KNIGHT TRANSPORTATION, INC.
AND JUAN SANCHEZ**

### CERTIFICATE OF SERVICE

I certify that on July 9, 2021, a copy of Defendants Knight Transportation, Inc. and Juan Sanchez's FRCP 7.1 Disclosure Statement and Certificate of Interested Parties was served on all parties and/or counsel of record by electronic service, and the electronic transmission was reported as complete. My email address is rhellner@wshblaw.com.

*/s/Robert W. Hellner*
Robert W. Hellner